ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

        Petitioner,

v.

SUZANNE NICOLE HULTHAGE

        Respondent.

\*    IN THE

\*    COURT OF APPEALS

\*    OF MARYLAND

\*    Misc. Docket AG No. 78

\*    September Term 2017

## **O R D E R**

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed herein pursuant to Maryland Rule 19-736, in which the Respondent admits that sufficient evidence exists to sustain allegations that she committed professional misconduct in violation of Rules 1.1, 1.6, 1.16, 3.1 and 8.4(a) and (d) of the Rules of Professional Conduct, it is this 21st day of May, 2018,

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Suzanne Nicole Hulthage, be and she is hereby indefinitely suspended from the practice of law in the State of Maryland, and it is further,

**ORDERED,** that the Clerk of this Court shall remove the name of Suzanne Nicole Hulthage from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742; and it is further

**ORDERED,** that the Respondent shall not petition for reinstatement unless and until she has been deemed fit to practice law by a medical provider acceptable to Bar Counsel.

                      /s/ Clayton Greene Jr.
                      Senior Judge